638

NOTE.  Bequest, money to build or repair on land already in mortmain, not within the Statute 9 Geo. II, c. 36: 2 Ves.Sr. 182; Amb. 614, 651, 751; 1 Bro.C.C. 444; 3 Bro.C.C. 588, 595.  See 2 Ves.Sr. 647, 3 Atk. 806, 4 Bro.C.C. 526.  Land cannot be devised nor money willed to purchase land, nor mortgages nor anything which partakes of realty.  See above cases and Amb. 20, 614, 635, 643; 1 Ves.Jr. 548; 2 Ves.Jr. 238; 4 Ves.Jr. 21, 418; 6 Ves. Jr. 404; 8 Ves.Jr. 186; 9 Ves.Jr. 535.

## JAMES WHITE and SAMUEL BUSH v. JAMES BRIAN.

Court of Chancery.  New Castle.  August 29, 1821.

*Ridgely's Notebook III, 451.*

## JOSEPH WOLLASTON v. THOMAS PHILLIPS.

Court of Chancery.  New Castle.  September 3, 1821.

*Ridgely's Notebook III, 468.*

## In the Matter of THOMAS FISHER, Sheriff of Kent County.

Court of Chancery.  Kent.  September 17, 1821.

*Ridgely's Notebook III, 490.*